# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-0935

———————————————

MALCOLM WATKINS,

    Petitioner,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

———————————————

Petition for Belated Appeal—Original Proceedings.

August 5, 2026

PER CURIAM.

Because Petitioner seeks a belated appeal of a circuit court order entered in a civil matter, the Court dismisses the petition for lack of jurisdiction. *See* Fla. R. App. P. 9.141 (authorizing a petition for belated appeal only for "review proceedings in collateral or postconviction criminal cases"); *Perez v. Jones*, 174 So. 3d 1088 (Fla. 1st DCA 2015) (explaining that this Court lacks the authority to grant a belated appeal in a civil proceeding).

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Malcolm Watkins, pro se, Petitioner.

No appearance for Respondent.